**CARMEN A. TRUTANICH**, City Attorney (SBN (86629)
**KENNETH FONG**, Deputy City Attorney (SBN 140609)
**COLLEEN M. COURTNEY**, Deputy City Attorney (SBN 134187)
701 City Hall East
200 North Main Street
Los Angeles, California 90012
Telephone No.: 213.978.8244
Fax Number: 213.978.8214
E-mail: Colleen.Courtney@lacity.org

Attorney for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| (1) WEST VALLEY CAREGIVERS, an Unincorporated Not-For Profit Association; (2) ROYAL HERB MERCHANG, a California Non-Profit Mutual Benefit Corporation; (3) HERBAL HEALING'S HERBAL HEALING CENTER, a California Not-For Profit Limited Liability Company; (4) HOLLYWOODS COMPASSIONATE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (5) LOS ANGELES MEDICAL COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (6) INFINITY PHILANTHROPY GLOBAL DBA ALLEVIATIONS, a California Non-Profit Mutual Benefit Corporation; (7) PACOIMA RECOVERY COLLECTIVE INC, a California Non-Profit Mutual Benefit Corporation; (8) HERBAL LOVE CAREGIVERS ON THE BOULEVARD, a California Non-Profit Mutual Benefit Corporation;; (9) CAFE 420, a California Non-Profit Mutual Benefit Corporation; (10) HELPING HINT CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (11) TRADITIONAL HERBAL CENTER, INC COLLECTIVE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (12) T.L.P.C., a California Non-Profit | Case No.: CV10-4150 SJO (AJWx)<br><br>Honorable S. James Otero<br><br>**DECLARATION OF COLLEEN COURTNEY IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS COMPLAINT ON ABSTENTION AND OTHER GROUNDS**<br><br>DATE: July 19, 2010<br>TIME: 10:00 a.m.<br>COURTROOM: 1 (Spring Street) |

1

Mutual Benefit Corporation; (13) LAHC 3 COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (14) UNIVERSAL CAREGIVERS INC., a California Mutual Benefit Corporation;

    Plaintiffs,

 vs.

CITY OF LOS ANGELES, a government entity; DOES 1 through 10, inclusive,

    Defendants.

  I, COLLEEN M. COURTNEY, declare that I have personal knowledge of the following facts, and that if called as a witness I could, and would testify as follows:

  1. I am an attorney licensed in the State of California and am counsel of record for the City of Los Angeles (hereafter "City") in the above referenced action.

  2. I make this Declaration in support of the City's motion to dismiss the Complaint on abstention and other grounds.

  3. By way of background, during the past month or so the City has been named as a defendant in 27 state lawsuits, filed by dozens of different entities and individuals, challenging the City's Medical Marijuana Ordinance, Ordinance No. 181069 ("Ordinance"). The Ordinance, which creates a process by which medical marijuana collectives can apply for status as a lawful marijuana collective registered under the Ordinance, became operative June 7, 2010. To date, Plaintiffs in 25 of the 27 cases filed against the City have sought ex parte temporary restraining orders, with 24-hour notice given in simultaneous and different courtrooms throughout Los Angeles in just in the past month.

4. All 27 state cases filed against the City involve common questions of fact and law concerning the Ordinance; the potential for disparate and contradictory rulings; as well as a large number of Plaintiffs, cases and witnesses.

5. The City anticipates that many more lawsuits, similar to the existing ones, will be filed in state court. In addition, as medical marijuana collectives applied to register starting June 7, 2010, the inevitable denial of some of their applications will also result in additional lawsuits being filed.

6. As of the date of this Declaration, I am aware of the following state actions pending against the City which presents various challenges to the Ordinance:

|    | Case No.  | Case Name                                      | Date Filed | Trial Dept. |
|----|-----------|------------------------------------------------|------------|-------------|
| 1  | BC436239  | Holistic Cannabis, et al. v. City              | 4/20/10    | 309         |
| 2  | BC436240  | BB Collective Inc, et al. v. City              | 4/20/10    | 309         |
| 3  | BC438497  | Herbology Inc. et al. v. City                  | 5/25/10    | 309         |
| 4  | BC438584  | Cancare Collective, et al. v. City             | 5/26/10    | 309         |
| 5  | BC438858  | Canna Merchant et al. v. City                  | 5/26/10    | 309         |
| 6  | BC438586  | Downtown Natural Caregivers Inc., et al. v. City | 5/26/10  | 309         |
| 7  | BC438587  | God's Gift, et al. v. City                     | 5/26/10    | 309         |
| 8  | BC438588  | LA Area Herbal Delivery Inc., et al. v. City   | 5/26/10    | 309         |
| 9  | BC438589  | Mid-City Cannabis Club, et al. v. City         | 5/26/10    | 309         |
| 10 | BC438593  | New Era Caregivers, et al. v. City             | 5/26/10    | 309         |
| 11 | BC438594  | Safe Life Caregivers, et al. v. City           | 5/26/10    | 309         |
| 12 | BC438671  | Kevin Anderson, et al. v. City                 | 5/27/10    | 309         |
| 13 | BC438772  | Kush Korner V, et al. v. City                  | 6/1/10     | 309         |
| 14 | EC053150  | Natural Choice Healing Center, et al. v. City  | 5/26/10    | 309         |
| 15 | PC048354  | Green Happiness, et al. v. City                | 5/26/10    | 309         |
| 16 | BC438596  | Colorado Quality Pain Relief Inc., et al. v. City | 5/26/10 | 309         |

3

| # | Case No. | Case Name | Date | | Dept. |
|---|---|---|---|---|---|
| 17 | LC089912 | Green Valley Coll. Inc. v. City | 5/26/10 | | 309 |
| 18 | BC438915 | Hemp Factory, et al. v. City | 6/3/10 | | 309 |
| 19 | BC439107 | Canna Clinic, Inc., et al. v. City | 6/4/10 | | 309 |
| 20 | BC439023 | Healthy, Wealthy and Wise, Inc., et al. v. City | 6/4/10 | | 309 |
| 21 | BC439123 | Herbal Nutrition, et al. v. City | 6/7/10 | | 309 |
| 22 | BC433942 | Americans for Safe Access | 3/18/10 | | 13 (being transferred to 309) |
| 23 | BC440172 | Organic Health Solutions, Inc. v. City | 6/22/10 | | 309 |
| 24 | BC440036 | Melrose Quality Pain Relief v. City | 6/22/10(?) | | 309 |
| 25 | BS126927 | Patients of Timothy Leary Memorial, et al. v. City | 6/15/10 | | 309 |
| 26 | BC439660 | The Hollywood Collective v. City | 6/14/10 | | Unknown at this time |
| 27 | BC439647 | Kush Korner IV v. City | 6/14/10 | | Unknown at this time |

7. All but numbers 22, 26 and 27 above are now pending before the Honorable Anthony Mohr, in Department 309 of the Los Angeles Superior Court, Central Civil West. The City anticipates that numbers 22, 26 and 27 will be transferred to Department 309 in the near future. On June 23, 2010, Judge Mohr in Department 309 declared the actions now before the court to be complex litigation within the meaning of the California Standards of Judicial Administration for Complex Litigation and California Rules of Court. In order facilitate case management, document retrieval and case organization, on June 24, 2010, Judge Mohr issued an Order Authorizing Electronic Service directing all parties to use the services of CASEHOMEPAGE and its litigation system through a secure website. On July 8, 2010, Judge Mohr is scheduled to consider the City's motion to coordinate all 27 state cases.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed June 25, 2010 at Los Angeles, California

_____
COLLEEN M. COURTNEY

M:\Real Prop_Env_Land Use\Land Use\Colleen Courtney\Active Cases\West Valley Caregivers - Federal aciton\courtney.decl.6.25.doc