**CARMEN A. TRUTANICH,** City Attorney (SBN (86629x)
**KENNETH FONG,** Deputy City Attorney (SBN 140609)
**COLLEEN M. COURTNEY,** Deputy City Attorney (SBN 134187)
701 City Hall East
200 North Main Street
Los Angeles, California  90012
Telephone No.: 213.978.8244
Fax Number:    213.978.8214
E-mail:  Colleen.Courtney@lacity.org

Attorney for Defendant
CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| (1) WEST VALLEY CAREGIVERS, an Unincorporated Not-For Profit Association; (2) ROAYL HERB MERCHANG, a California Non-Profit Mutual Benefit Corporation; (3) HERBAL HEALING'S HERBAL HEALING CENTER, a California Not-For Profit Limited Liability Company; (4) HOLLYWOODS COMPASSIONATE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (5) LOS ANGELES MEDICAL COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (6) INFINITY PHILANTHROPY GLOBAL DBA ALLEVIATIONS, a California Non-Profit Mutual Benefit Corporation; (7) PACOIMA RECOVERY COLLECTIVE INC, a California Non-Profit Mutual Benefit Corporation; (8) HERBAL LOVE CAREGIVERS ON THE BOULEVARD, a California Non-Profit Mutual Benefit Corporation;; (9) CAFE 420, a California Non-Profit Mutual Benefit Corporation; (10) HELPING HINT CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (11) TRADITIONAL HERBAL CENTER, INC COLLECTIVE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (12) | Case No.: CV10-4150 SJO (AJWx)<br><br>Honorable S. James Otero<br><br>**DEFENDANT CITY OF LOS ANGELES' RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS DATED JUNE 28, 2010**<br><br>[Local Rule 7.1-1] |

1

```
T.L.P.C., a California Non-Profit       )
Mutual Benefit Corporation; (13)        )
LAHC 3 COLLECTIVE, a California         )
Non-Profit Mutual Benefit Corporation;  )
(14) UNIVERSAL CAREGIVERS               )
INC., a California Mutual Benefit       )
Corporation;                            )
                                        )
         Plaintiffs,                    )
                                        )
    vs.                                 )
                                        )
CITY OF LOS ANGELES, a                  )
government entity; DOES 1 through 10,   )
inclusive,                              )
                                        )
         Defendants.                    )
                                        )
```

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant City of Los Angeles hereby responds to the Court's "Notice To Filer of Deficiencies in Electronically Filed Documents" dated June 28, 2010, which states that the City failed to file a Notice of Interested Parties.

PLEASE TAKE NOTICE that the City did file a Notice of Interested Parties in this action on June 4, 2010, a true and correct copy of which is attached hereto as Exhibit "A".

Date: June 28, 2010            CARMEN A. TRUTANICH, City Attorney
                               KENNETH FONG, Deputy City Attorney
                               COLLEEN M. COURTNEY, Deputy City Attorney

                               By: _____
                                   COLLEEN M. COURTNEY
                                   Attorneys for Defendant
                                   CITY OF LOS ANGELES

EXHIBIT A

| | |
|---|---|
| 1 | **CARMEN A. TRUTANICH**, City Attorney (SBN (86629x) |
| | **KENNETH FONG**, Deputy City Attorney (SBN 140609) |
| 2 | **COLLEEN M. COURTNEY**, Deputy City Attorney (SBN 134187) |
| | 701 City Hall East |
| 3 | 200 North Main Street |
| | Los Angeles, California 90012 |
| 4 | Telephone No.: 213.978.8244 |
| | Fax Number: 213.978.8214 |
| 5 | E-mail: Colleen.Courtney@lacity.org |
| 6 | Attorney for Defendant |
| 7 | CITY OF LOS ANGELES |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

(1) WEST VALLEY CAREGIVERS, an Unincorporated Not-For Profit Association; (2) ROAYL HERB MERCHANG, a California Non-Profit Mutual Benefit Corporation; (3) HERBAL HEALING'S HERBAL HEALING CENTER, a California Not-For Profit Limited Liability Company; (4) HOLLYWOODS COMPASSIONATE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (5) LOS ANGELES MEDICAL COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (6) INFINITY PHILANTHROPY GLOBAL DBA ALLEVIATIONS, a California Non-Profit Mutual Benefit Corporation; (7) PACOIMA RECOVERY COLLECTIVE INC, a California Non-Profit Mutual Benefit Corporation; (8) HERBAL LOVE CAREGIVERS ON THE BOULEVARD, a California Non-Profit Mutual Benefit Corporation;; (9) CAFE 420, a California Non-Profit Mutual Benefit Corporation; (10) HELPING HINT CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (11) TRADITIONAL HERBAL CENTER, INC COLLECTIVE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (12)

Case No.: CV10-4150 SJO (AJWx)

Honorable S. James Otero

**DEFENDANT CITY OF LOS ANGELES' NOTICE OF INTERESTED PARTIES**

[Local Rule 7.1-1]

1

|   |   |
|---|---|
| 1 | T.L.P.C., a California Non-Profit Mutual Benefit Corporation; (13) |
| 2 | LAHC 3 COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; |
| 3 | (14) UNIVERSAL CAREGIVERS INC., a California Mutual Benefit Corporation; |
| 5 | Plaintiffs, |
| 6 | vs. |
| 7 | CITY OF LOS ANGELES, a government entity; DOES 1 through 10, inclusive, |
| 9 | Defendants. |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendant, City of Los Angeles, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(1) WEST VALLEY CAREGIVERS (Plaintiff)

(2) ROYAL HERB MERCHANT (Plaintiff)

(3) HERBAL HEALING'S HERBAL HEALING CENTER (Plaintiff)

(4) HOLLYWOODS COMPASSIONATE CAREGIVERS (Plaintiff)

(5) LOS ANGELES MEDICAL COLLECTIVE (Plaintiff)

(6) INFINITY PHILANTHROPY GLOBAL DBA ALLEVIATIONS (Plaintiff)

(7) PACOIMA RECOVERY COLLECTIVE INC. (Plaintiff)

(8) HERBAL LOVE CAREGIVERS ON THE BOULEVARD

(9) CAFÉ 420

(10) HELPING HINT CAREGIVERS

1  (11)  TRADITIONAL HERBAL CENTER, INC. COLLECTIVE CAREGIVERS
2  (12)  T.L.P.C.
3  (13)  LAHC 3 COLLECTIVE
4  (14)  UNIVERSAL CAREGIVERS INC.
5  (15)  D/R WELCH ATTORNEY AT LAW, P.C. (Counsel for Plaintiffs)

Date: June 8, 2010

CARMEN A. TRUTANICH, City Attorney
KENNETH FONG, Deputy City Attorney
COLLEEN M. COURTNEY, Deputy City Attorney

By: _____
COLLEEN M. COURTNEY
Attorneys for Defendant
CITY OF LOS ANGELES

3

EXHIBIT A                                                                      −5−