L.A CITY ATTORNEY   Fax 12139788214   Jul 9 2010 10:12am P002/007

1  **CARMEN A. TRUTANICH**, City Attorney (SBN (86629x)
   **KENNETH FONG**, Deputy City Attorney (SBN 140609)
2  **COLLEEN M. COURTNEY**, Deputy City Attorney (SBN 134187)
   701 City Hall East
3  200 North Main Street
   Los Angeles, California 90012
4  Telephone No.: 213.978.8244
   Fax Number:    213.978.8214
5  E-mail: Colleen.Courtney@lacity.org

6  Attorney for Defendant
   CITY OF LOS ANGELES
7

8
               UNITED STATES DISTRICT COURT
9
               CENTRAL DISTRICT OF CALIFORNIA
10

11

12 (1) WEST VALLEY CAREGIVERS,        )  Case No.: CV10-4150 SJO (AJWx)
   an Unincorporated Not-For Profit   )
13 Association; (2) ROAYL HERB        )
   MERCHANG, a California Non-Profit  )  Honorable S. James Otero
14 Mutual Benefit Corporation; (3)    )
   HERBAL HEALING'S HERBAL            )  **STIPULATION TO CONTINUE**
15 HEALING CENTER, a California Not-  )  **HEARING DATE ON DEFENDANT**
   For Profit Limited Liability Company; ) **CITY OF LOS ANGELES'**
16 (4) HOLLYWOODS                     )  **MOTION TO DISMISS**
   COMPASSIONATE CAREGIVERS, a        )  **COMPLAINT**
17 California Non-Profit Mutual Benefit )
   Corporation; (5) LOS ANGELES       )  **[PROPOSED] ORDER LODGED**
18 MEDICAL COLLECTIVE, a California   )  **CONCURRENTLY HEREWITH**
   Non-Profit Mutual Benefit Corporation; )
19 (6) INFINITY PHILANTHROPY          )  [Local Rules 7-1 and 7-11]
   GLOBAL DBA ALLEVIATIONS, a         )
20 California Non-Profit Mutual Benefit )
   Corporation; (7) PACOIMA           )  OLD DATE: July 19, 2010
21 RECOVERY COLLECTIVE INC, a         )  TIME:  10:00 a.m.
   California Non-Profit Mutual Benefit )  COURTROOM: 1 (Spring Street)
22 Corporation; (8) HERBAL LOVE       )
   CAREGIVERS ON THE                  )  NEW DATE: August 9, 2010
23 BOULEVARD, a California Non-Profit )  TIME:  10:00 a.m.
   Mutual Benefit Corporation;; (9) CAFE ) COURTROOM: 1 (Spring Street)
24 420, a California Non-Profit Mutual )
   Benefit Corporation; (10) HELPING  )
25 HINT CAREGIVERS, a California      )
   Non-Profit Mutual Benefit Corporation; )
26 (11) TRADITIONAL HERBAL            )
   CENTER, INC COLLECTIVE             )
27 CAREGIVERS, a California Non-Profit)
   Mutual Benefit Corporation; (12)   )
28 T.L.P.C., a California Non-Profit  )

1

|  |  |
|---|---|
| 1 | Mutual Benefit Corporation; (13) ) |
| 2 | LAHC 3 COLLECTIVE, a California ) Non-Profit Mutual Benefit Corporation; ) (14) UNIVERSAL CAREGIVERS ) |
| 3 | INC., a California Mutual Benefit ) Corporation; ) |
| 4 | ) Plaintiffs, ) |
| 5 | ) vs. ) |
| 6 | ) CITY OF LOS ANGELES, a ) |
| 7 | government entity; DOES 1 through 10, ) inclusive, ) |
| 8 | ) Defendants. ) |

On June 25, 2010, Defendant City of Los Angeles filed and served its motion to dismiss Plaintiffs' complaint (which is reflected on the Court's Docket as Items Nos. 9 and 10). The City's motion noticed the hearing on the City's motion for July 19, 2010, at 10:00 a.m. in Courtroom 1 of the above-entitled court. The parties seek a continuance of the hearing from July 19, 2010 to August 9, 2010 because the City inadvertently noticed the City's motion on 24 days notice instead of 28 days notice as required by Local Rule 6-1.

Based on the foregoing, the parties hereby stipulate to continue the hearing on the City's motion to dismiss from July 19, 2010 to August 9, 2010, at 10:00 a.m. in Courtroom 1 of the above-entitled court located at 312 N. Spring Street, Los Angeles, California.

L.A CITY ATTORNEY     Fax 12139788214     Jul 9 2010 10:13am P004/007

1  The last day for Plaintiffs to file and serve any opposition to the City's motion to
2  dismiss shall be July 19, 2010. The last day for the City to serve a reply brief will be
3  July 26, 2010.

Respectfully submitted,

Dated: July 9, 2010

DAVID R. WELCH

By: *[signature]*
DAVID R. WELCH
Attorneys for Plaintiffs

Dated: July 9, 2010

OFFICE OF THE CITY ATTORNEY

By: *[signature]*
COLLEEN M. COURTNEY
Attorneys for Defendant City of Los Angeles