1 | **CARMEN A. TRUTANICH,** City Attorney (SBN (86629x)
2 | **KENNETH FONG**, Deputy City Attorney (SBN 140609)
  | **COLLEEN M. COURTNEY**, Deputy City Attorney (SBN 134187)
3 | 701 City Hall East
  | 200 North Main Street
4 | Los Angeles, California  90012
  | Telephone No.: 213.978.8244
5 | Fax Number:    213.978.8214
  | E-mail: Colleen.Courtney@lacity.org
6 |
7 | Attorney for Defendant
  | CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| (1) WEST VALLEY CAREGIVERS, an Unincorporated Not-For Profit Association; (2) ROAYL HERB MERCHANG, a California Non-Profit Mutual Benefit Corporation; (3) HERBAL HEALING'S HERBAL HEALING CENTER, a California Not-For Profit Limited Liability Company; (4) HOLLYWOODS COMPASSIONATE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (5) LOS ANGELES MEDICAL COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (6) INFINITY PHILANTHROPY GLOBAL DBA ALLEVIATIONS, a California Non-Profit Mutual Benefit Corporation; (7) PACOIMA RECOVERY COLLECTIVE INC, a California Non-Profit Mutual Benefit Corporation; (8) HERBAL LOVE CAREGIVERS ON THE BOULEVARD, a California Non-Profit Mutual Benefit Corporation;; (9) CAFÉ 420, a California Non-Profit Mutual Benefit Corporation; (10) HELPING HINT CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (11) TRADITIONAL HERBAL CENTER, INC COLLECTIVE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (12) T.L.P.C., a California Non-Profit | Case No.: CV 10-4150 SJO (AJWx)<br><br>Honorable S. James Otero<br><br>**ORDER TO CONTINUE HEARING DATE ON DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS COMPLAINT**<br><br>[Local Rules 7-1 and 7-11]<br><br>OLD DATE:  July 19, 2010<br>TIME:   10:00 a.m.<br>COURTROOM:  1 (Spring Street)<br><br>NEW DATE:  August 9, 2010<br>TIME:   10:00 a.m.<br>COURTROOM:  1 (Spring Street) |

1

|   |   |   |
|---|---|---|
| 1 | Mutual Benefit Corporation; (13) LAHC 3 COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (14) UNIVERSAL CAREGIVERS INC., a California Mutual Benefit Corporation; | ) ) ) ) ) ) |

```
Mutual Benefit Corporation; (13)        )
LAHC 3 COLLECTIVE, a California         )
Non-Profit Mutual Benefit Corporation;  )
(14) UNIVERSAL CAREGIVERS               )
INC., a California Mutual Benefit       )
Corporation;                            )
                                        )
              Plaintiffs,               )
                                        )
       vs.                              )
                                        )
CITY OF LOS ANGELES, a                  )
government entity; DOES 1 through 10,   )
inclusive,                              )
                                        )
              Defendants.               )
                                        )
_____ )
```

Having reviewed and considered the parties' stipulation to continue the hearing date on Defendant City of Los Angeles' motion to dismiss Plaintiffs' complaint (which is reflected on the Court's Docket as Items Nos. 9 and 10), and good cause appearing therefore,

IT IS HEREBY ORDERED:

1.   The hearing on the City's motion to dismiss Plaintiffs' complaint which was originally noticed for hearing on July 19, 2010, at 10:00 a.m., is hereby continued to August 9, 2010, at 10:00 a.m., in Courtroom 1 of the above-entitled Court located at 312 N. Spring Street, Los Angeles, California.

2. The last day for Plaintiffs to file and serve any opposition to the City's motion to dismiss shall be July 19, 2010.  The last day for the City to serve a reply brief will be July 26, 2010.

IT IS SO ORDERED.

DATED: 7/14/10

*S. James Otero*

S. James Otero
United States District Court Judge

3