1  **CARMEN A. TRUTANICH**, City Attorney (SBN (86629x)
   **KENNETH FONG**, Deputy City Attorney (SBN 140609)
2  **COLLEEN M. COURTNEY**, Deputy City Attorney (SBN 134187)
   701 City Hall East
3  200 North Main Street
   Los Angeles, California 90012
4  Telephone No.: 213.978.8244
   Fax Number:   213.978.8214
5  E-mail: Colleen.Courtney@lacity.org

6  Attorney for Defendant
   CITY OF LOS ANGELES
7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  (1) WEST VALLEY CAREGIVERS,           ) Case No.: CV10-4150 SJO (AJWx)
    an Unincorporated Not-For Profit       )
13  Association; (2) ROYAL HERB            )
    MERCHANT, a California Non-Profit      ) Honorable S. James Otero
14  Mutual Benefit Corporation; (3)        )
    HERBAL HEALING'S HERBAL                ) **DEFENDANT CITY OF LOS**
15  HEALING CENTER, a California Not-      ) **ANGELES' REPLY**
    For Profit Limited Liability Company;  ) **MEMORANDUM IN SUPPORT OF**
16  (4) HOLLYWOODS                         ) **THE CITY'S MOTION TO**
    COMPASSIONATE CAREGIVERS, a            ) **DISMISS PLAINTIFFS'**
17  California Non-Profit Mutual Benefit   ) **COMPLAINT**
    Corporation; (5) LOS ANGELES           )
18  MEDICAL COLLECTIVE, a California       )
    Non-Profit Mutual Benefit Corporation; )
19  (6) INFINITY PHILANTHROPY              )
    GLOBAL DBA ALLEVIATIONS, a             ) DATE:  August 9, 2010
20  California Non-Profit Mutual Benefit   ) TIME:  10:00 a.m.
    Corporation; (7) PACOIMA               ) COURTROOM: 1 (Spring Street)
21  RECOVERY COLLECTIVE INC, a             )
    California Non-Profit Mutual Benefit   )
22  Corporation; (8) HERBAL LOVE           )
    CAREGIVERS ON THE                      )
23  BOULEVARD, a California Non-Profit     )
    Mutual Benefit Corporation;; (9) CAFÉ  )
24  420, a California Non-Profit Mutual    )
    Benefit Corporation; (10) HELPING      )
25  HINT CAREGIVERS, a California          )
    Non-Profit Mutual Benefit Corporation; )
26  (11) TRADITIONAL HERBAL                )
    CENTER, INC COLLECTIVE                 )
27  CAREGIVERS, a California Non-Profit    )
    Mutual Benefit Corporation; (12)       )
28  T.L.P.C., a California Non-Profit      )
                                           )

                                          1



Mutual Benefit Corporation; (13) LAHC 3 COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (14) UNIVERSAL CAREGIVERS INC., a California Mutual Benefit Corporation;

   Plaintiffs,

 vs.

CITY OF LOS ANGELES, a government entity; DOES 1 through 10, inclusive,

   Defendants.

 

  Defendant City of Los Angeles submits this brief reply memorandum in support of the City's Motion to Dismiss Plaintiffs' Complaint (the City's Motion is listed as Items Nos. 9 and 10 on the Court's Docket), which is scheduled for hearing on August 9, 2010, at 10:00 a.m..

  By Order dated July 14, 2010 (Docket No. 17), a copy of which is attached hereto as Exhibit A, Plaintiffs' opposition to the City's Motion was due for filing by no later than July 19, 2010. As of this date, July 26, 2010, Plaintiffs have not filed any response to the City's Motion. Pursuant to U.S. District Court Local Rule 7-12 the "failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

1  Based on the foregoing, Plaintiffs' failure to file any opposition to the City's
2  Motion demonstrates Plaintiffs' consent to granting the City's Motion. Therefore, the
3  City respectfully requests the Court to enter an order granting the City's Motion to
4  Dismiss Plaintiffs' Complaint and to dismiss this action in its entirety.

6  Dated: July 26, 2010                    OFFICE OF THE CITY ATTORNEY

8                                          By: _____
                                                COLLEEN M. COURTNEY
9                                               Attorneys for Defendant City of Los Angeles

EXHIBIT A

1 **CARMEN A. TRUTANICH,** City Attorney (SBN (86629x)
**KENNETH FONG,** Deputy City Attorney (SBN 140609)
2 **COLLEEN M. COURTNEY,** Deputy City Attorney (SBN 134187)
701 City Hall East
3 200 North Main Street
Los Angeles, California 90012
4 Telephone No.: 213.978.8244
Fax Number: 213.978.8214
5 E-mail: Colleen.Courtney@lacity.org

6 Attorney for Defendant
CITY OF LOS ANGELES
7

8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| (1) WEST VALLEY CAREGIVERS, an Unincorporated Not-For Profit Association; (2) ROAYL HERB MERCHANG, a California Non-Profit Mutual Benefit Corporation; (3) HERBAL HEALING'S HERBAL HEALING CENTER, a California Not-For Profit Limited Liability Company; (4) HOLLYWOODS COMPASSIONATE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (5) LOS ANGELES MEDICAL COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (6) INFINITY PHILANTHROPY GLOBAL DBA ALLEVIATIONS, a California Non-Profit Mutual Benefit Corporation; (7) PACOIMA RECOVERY COLLECTIVE INC, a California Non-Profit Mutual Benefit Corporation; (8) HERBAL LOVE CAREGIVERS ON THE BOULEVARD, a California Non-Profit Mutual Benefit Corporation;; (9) CAFE 420, a California Non-Profit Mutual Benefit Corporation; (10) HELPING HINT CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (11) TRADITIONAL HERBAL CENTER, INC COLLECTIVE CAREGIVERS, a California Non-Profit Mutual Benefit Corporation; (12) T.L.P.C., a California Non-Profit | Case No.: CV 10-4150 SJO (AJWx)<br><br>Honorable S. James Otero<br><br>**ORDER TO CONTINUE HEARING DATE ON DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS COMPLAINT**<br><br>[Local Rules 7-1 and 7-11]<br><br>OLD DATE: July 19, 2010<br>TIME: 10:00 a.m.<br>COURTROOM: 1 (Spring Street)<br><br>NEW DATE: August 9, 2010<br>TIME: 10:00 a.m.<br>COURTROOM: 1 (Spring Street) |

1

Mutual Benefit Corporation; (13) LAHC 3 COLLECTIVE, a California Non-Profit Mutual Benefit Corporation; (14) UNIVERSAL CAREGIVERS INC., a California Mutual Benefit Corporation;

      Plaintiffs,

vs.

CITY OF LOS ANGELES, a government entity; DOES 1 through 10, inclusive,

      Defendants.

Having reviewed and considered the parties' stipulation to continue the hearing date on Defendant City of Los Angeles' motion to dismiss Plaintiffs' complaint (which is reflected on the Court's Docket as Items Nos. 9 and 10), and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The hearing on the City's motion to dismiss Plaintiffs' complaint which was originally noticed for hearing on July 19, 2010, at 10:00 a.m., is hereby continued to August 9, 2010, at 10:00 a.m., in Courtroom 1 of the above-entitled Court located at 312 N. Spring Street, Los Angeles, California.

2. The last day for Plaintiffs to file and serve any opposition to the City's motion to dismiss shall be July 19, 2010. The last day for the City to serve a reply brief will be July 26, 2010.

IT IS SO ORDERED.

DATED: 7/14/10

*S. James Otero*

S. James Otero
United States District Court Judge

3